UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCE OAKLAND,<br><br>        Plaintiffs,<br><br>    v.<br><br>GCCFC 2005-GG5 HEGENBERGER RETAIL LIMITED PARTNERSHIP, et al.,<br><br>        Defendants. | Case No. 19-cv-00403-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 28, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:　September 30, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:　January 3, 2020.

DESIGNATION OF EXPERTS: January 3, 2020; REBUTTAL: January 17, 2020;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: January 31, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 10, 2020;
　　Opp. Due: March 9, 2020; Reply Due: March 27, 2020;
　　and set for hearing no later than April 3, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: April 10, 2020 at 3:30 PM.

JURY TRIAL DATE: May 4, 2020 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

1  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/6/19

*(signature)*

SUSAN ILLSTON
United States District Judge